**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CALVIN LEE WALKER** | § | **PETITIONER** |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 1:08CV4-LG-RHW** |
| | § | |
| **JACQUELYN BANKS, Warden** | § | **RESPONDENT** |

## JUDGMENT

This matter having come on to be heard on the Proposed Findings of Fact and Recommendations [10] entered by United States Magistrate Judge Robert H. Walker on June 30, 2008, the Court, after a full review and consideration of the Proposed Findings of Fact and Recommendations, the pleadings on file, and the relevant legal authority, finds that in accord with the Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the Proposed Findings of Fact and Recommendations [10] of United States Magistrate Judge Robert H. Walker, be, and the same hereby are, adopted as the finding of this Court.  This lawsuit is hereby **DISMISSED**.

**SO ORDERED AND ADJUDGED** this the 25th day of July, 2008.

s/ *Louis Guirola, Jr.*

Louis Guirola, Jr.
United States District Judge